UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-375 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Aditya Raj Sharma, | |
| Defendant. | |

This matter comes before the Court on Defendant Aditya Raj Sharma's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 17.

In the motion, defense counsel states that Defendant was transferred to another facility and defense counsel "has had a hard time communicating with him" since the transfer. ECF No. 17 at 1. Defense counsel additionally notes that one of Defendant's attorneys has been in trial. The motion seeks a 30-day extension of the motions-filing and hearing dates. The Government has no objection to the requested continuance.

The Court subsequently followed up with counsel by e-mail correspondence regarding the anticipated statement of facts in support of Defendant's motion, *see* ECF No. 17 at 1, and learned that defense counsel has had continued difficulty with arranging an appointment with Defendant at the facility.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy

1

trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 17, is **GRANTED**.

2. As soon as practicable, defense counsel shall file the supporting statement of facts.

3. The period of time from **the date of this Order through March 4, 2024,** shall be excluded from Speedy Trial Act computations in this case.

4. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **March 27, 2024, at 9:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

5. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **March 4, 2024**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

6. **Counsel must electronically file a letter on or before March 4, 2024, if no motions will be filed and there is no need for hearing**.

7. All responses to motions must be filed by **March 18, 2024**. *See* D. Minn. LR 12.1(c)(2).

8. Any Notice of Intent to Call Witnesses must be filed by **March 18, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

9. Any Responsive Notice of Intent to Call Witnesses must be filed by **March 21, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

10. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

11. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **March 27, 2024, at 9:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

12. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**


Dated: February __13__, 2024            *s/ Tony N. Leung*
                                        TONY N. LEUNG
                                        United States Magistrate Judge
                                        District of Minnesota

                                        *United States v. Sharma*
                                        Case No. 23-cr-375 (DSD/TNL)