UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-375 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Aditya Raj Sharma, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Aditya Raj Sharma's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 19.

In the motion, defense counsel states that Defendant was transferred back to a facility in Duluth, Minnesota and since then defense counsel has been diligently working to schedule a visit with Defendant to review discovery but due to the limited staffing at the facility defense counsel will not be able to visit with Defendant until after the current motions filing deadline of March 4, 2024. *Id.* at 1. The motion seeks a 30-day extension of the motions-filing and hearing dates. *Id.* The Government has no objection to the requested continuance. *Id.* Defendant's statement of facts request 60 days to be excluded from Speedy Trial Act computations in this case. ECF No. 20.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 19, is **GRANTED**.

2. The period of time from **the date of this Order through April 3, 2024,** shall be excluded from Speedy Trial Act computations in this case.

4. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **April 25, 2024, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

5. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **April 3, 2024**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

6. **Counsel must electronically file a letter on or before April 3, 2024, if no motions will be filed and there is no need for hearing**.

7. All responses to motions must be filed by **April 17, 2024**. *See* D. Minn. LR 12.1(c)(2).

8. Any Notice of Intent to Call Witnesses must be filed by **April 17, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

9. Any Responsive Notice of Intent to Call Witnesses must be filed by **April 22, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

10. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

11. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **April 25, 2024, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

12. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: March 4, 2024

    *s/ Tony N. Leung*
    Tony N. Leung
    United States Magistrate Judge
    District of Minnesota

    *United States v. Sharma*
    Case No. 23-cr-375 (DSD/TNL)