UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-375 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Aditya Raj Sharma, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Aditya Raj Sharma's Motion to Continue the Motion Hearing, ECF No. 26, and the Government's Motion to Extend Deadlines, ECF No. 27. Due to defense counsel's upcoming trial schedule in other matters, Defendant is moving to continue the April 25, 2024 motions hearing date for 30 days. *See* ECF No. 26 at 1. Defense counsel explains that his upcoming trial schedule directly conflicts with the motions hearing date of April 25, 2024. *Id.* The Government has no objection to the requested continuance. *Id.*; *see* ECF No. 27. Defendant is not seeking an extension of his pretrial motions filing deadline because he filed those motions on April 3, 2024. *See* ECF Nos. 22, 23, 24, and 25. The Court finds good cause to grant Defendant's timely request and to continue the arraignment hearing date to the new motions hearing date.

In response to Defendant's motion, the Government timely moved for a continuance of its responsive briefing deadline. *See* ECF No. 27. The Government, however, still filed

1

its responses to Defendant's pretrial motions, *see* ECF No. 28. Therefore, the Government's motion for a continuance is now moot.

Based on all the files, records, proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Continue the Motion Hearing, ECF No. 26, is **GRANTED**.

2. The Government's Motion to Extend Deadlines, ECF No. 27, is **DENIED AS MOOT**.

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **June 4, 2024, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

4. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

5. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **June 4, 2024, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

6.  **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: April 19, 2024

        <u>*s/ Tony N. Leung*</u>
        Tony N. Leung
        United States Magistrate Judge
        District of Minnesota

        *United States v. Sharma*
        Case No. 23-cr-375 (DSD/TNL)