UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-375 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Aditya Raj Sharma, | |
| Defendant. | |

This matter comes before the Court on Defendant Aditya Raj Sharma's Motion to Continue the Arraignment and Motion Hearing, ECF No. 31. Defendant is moving to continue the June 4, 2024 arraignment and motions hearing date to the week of July 9, 2024 due to defense counsel's upcoming trial schedule. *See id.* at 1. The Government is aware of this request and does not oppose the motion. *Id.* Defendant is not seeking an extension of his pretrial motions filing deadline because he filed those motions on April 3, 2024. *See* ECF Nos. 22, 23, 24, and 25. The Court finds good cause to grant Defendant's timely request.

Based on all the files, records, proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Continue the Arraignment and Motion Hearing, ECF No. 31, is **GRANTED**.

[Continued on next page.]

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **July 17, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

4. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

5. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **July 17, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

6. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: May 30, 2024

    *s/ Tony N. Leung*
    Tony N. Leung
    United States Magistrate Judge
    District of Minnesota

    *United States v. Sharma*
    Case No. 23-cr-375 (DSD/TNL)