UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-375(DSD/DTS)

United States of America,

            Plaintiff,

v.                                                **ORDER**

Aditya Raj Sharma,

            Defendant.


This matter is before the court upon the government's motion to dismiss Count One of the Indictment as untimely under Rule 48(a) of the Federal Rules of Civil Procedure.  The government does not seek to dismiss the other counts in the Indictment.  The court finds that dismissal is appropriate under these circumstances.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The motion to dismiss [ECF No. 104] is granted;

2.   Count One of the Indictment is dismissed.


Dated: April 29, 2026

                              s/David S. Doty
                              David S. Doty, Judge
                              United States District Court